LILLIAN HAYES, as Administratrix of the Estate of JOSEPH HAYES, Deceased, Respondent, *v.* ISBRANDTSEN & SONS, INC., Appellant, et al., Defendants.

Argued January 9, 1951; decided March 1, 1951.

*Walter L. Glenney* for appellant.

*George A. Garvey* and *James E. Kelliher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.